## *In re* SHERMAN'S ESTATE.

ESTATES OF DECEDENTS—ORDER TRANSFERRING ASSETS—CREDITORS.

> A creditor of decedent, whose claim is barred by the statute, cannot contest an order transferring assets of the estate to another claimant.

Error to Van Buren; Buck, J. Submitted June 17, 1898. Decided July 12, 1898.

The First National Bank of Paw Paw, a claimant against the estate of Alonzo Sherman, deceased, appealed from an order of the probate court transferring the proceeds of a life-insurance policy from said estate to the estate of Eugenia T. Sherman, deceased. From a judgment affirming the order, claimant brings error. Affirmed.

*M. L. Howell*, for appellant.

*Benjamin F. Heckert* and *A. Lynn Free*, for appellee.

PER CURIAM. This is the companion of the foregoing case. The court below entered an order transferring the insurance money from the estate of Alonzo Sherman to the estate of Mrs. Sherman, on the theory that it belonged to her estate. From this the claimant has appealed. This right of appeal depends upon the allowance of its claim. Having decided that it has no provable claim against the estate, it follows that its appeal in this case must fall.

Judgment affirmed.